OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015

7/1/2015

HOOVER, BRYAN LEE   Tr. Ct. No. 2000CR6098A-W1          WR-83,288-01
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
S.W.3d 452  (Tex. Crim. App. 2010).

RETURN TO SENDER
STATE RELEASED

NAME AND SID NUMBER DO ☐
NOT MATCH

ITEMS NOT ALLOWED IN THIS ☐
FACILITY

Abel Acosta, Clerk

BRYAN LEE HOOVER
BEXAR COUNTY ADULT - TDC # 708768
200 N. COMAL
SAN ANTONIO, TX 78207